GUNNAR NELSON, Appellant, *v.* BUFFALO NIAGARA ELECTRIC CORPORATION, Respondent.

Argued February 23, 1944; decided April 6, 1944.

*D. W. Haring* for appellant.

*A. T. O'Neill* and *Frank M. Osta* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.